NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUV N' CARE LTD,**
*Plaintiff-Appellant,*

v.

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AVENT LTD, AND KONINKLIJKE PHILIPS N.V.,**
*Defendants-Appellees.*

---

2014-1007

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:11-CV-00512-RSP, Magistrate Judge Roy S. Payne.

---

**JUDGMENT**

---

EDWARD DAVID MANZO, Husch Blackwell LLP, of Chicago, Illinois, argued for plaintiff-appellant.

FRANK A. DECOSTA, III, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were AARON L. PARKER and LILLIAN M. ROBINSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* PLAGER and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 11, 2014          /s/  Daniel  E.  O'Toole
         Date                         Daniel E. O'Toole
                                      Clerk of Court